# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    CASE NO. 19-10914
                                    :
    Shannon L. Balot,               :    CHAPTER 13
            Debtor.                 :
                                    :

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

July 15, 2019 – August 30, 2019

**Next Payment Advice Expected (post-filing):**

September 13, 2019

K.S.                            **BALOT, SHANNON L.**

**Servis One, Inc**
314 S. Franklin Street
2nd Floor
Titusville, PA 16354

Direct Deposit Advice

*paylocity*

**Check Date**
July 15, 2019

**Voucher Number**
34385

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 881.90 |
| **Total Direct Deposits** | | | **881.90** |

17177    Titusville-1-10014    778292 34385 33575    **17177**
**SHANNON BALOT**
119 E 5th St
Oil City, PA  16301

Non Negotiable - This is not a check - Non Negotiable

## **Non Negotiable - This is not a check - Non Negotiable**

Servis One, Inc

**SHANNON BALOT**                                                                                                  **Earnings Statement**

| Employee ID | 778292 | Fed Taxable Income | 1,045.00 | Check Date | July 15, 2019 | Voucher Number | 34385 |
|---|---|---|---|---|---|---|---|
| Location | Titusville-1-1001 | Fed Filing Status | M-1 | Period Beginning | June 24, 2019 | Net Pay | 881.90 |
| Hourly | $11.00 | State Filing Status | M-0 | Period Ending | July 8, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 11.00 | 8.00 | 88.00 | 176.00 |
| Other | | | | 88.00 |
| OVERTIM | 5.50 | 4.00 | 22.00 | 319.46 |
| REGULAR | 11.00 | 85.00 | 935.00 | 10,489.60 |
| **Gross Earnings** | | **97.00** | **1,045.00** | **11,073.06** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 37.83 | 331.88 |
| MED | 15.15 | 160.55 |
| PA | 32.08 | 339.95 |
| PA-200505 | 10.45 | 110.72 |
| PA-TITC | 2.17 | 26.04 |
| PASUI-E | 0.63 | 6.64 |
| SS | 64.79 | 686.53 |
| **Taxes** | **163.10** | **1,662.31** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 881.90 |
| **Total Direct Deposits** | | | **881.90** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO | 0.00 | 96.00 | |

Servis One, Inc | 314 S. Franklin Street 2nd Floor  Titusville, PA 16354 | (814) 827-4661 | FEIN: 04-3800293 | PA: 20-13237

**Servis One, Inc**
314 S. Franklin Street
2nd Floor
Titusville, PA 16354

Direct Deposit Advice

*paylocity*

**Check Date**
July 31, 2019

**Voucher Number**
34643

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 881.90 |
| **Total Direct Deposits** | | | **881.90** |

17177   Titusville-1-10014   778292  34643  33832   17177
**SHANNON BALOT**
119 E 5th St
Oil City, PA  16301

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

Servis One, Inc

**SHANNON BALOT**                                                                                     **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 778292 | Fed Taxable Income | 1,045.00 | Check Date | July 31, 2019 |
| Location | Titusville-1-1001 | Fed Filing Status | M-1 | Period Beginning | July 9, 2019 |
| Hourly | $11.00 | State Filing Status | M-0 | Period Ending | July 23, 2019 |

| | | | | |
|---|---|---|---|---|
| Voucher Number | 34643 |
| Net Pay | 881.90 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 176.00 |
| Other | | | | 88.00 |
| OVERTIM | 5.50 | 4.00 | 22.00 | 341.46 |
| PTO | 11.00 | 8.00 | 88.00 | 88.00 |
| REGULAR | 11.00 | 85.00 | 935.00 | 11,424.60 |
| **Gross Earnings** | | **97.00** | **1,045.00** | **12,118.06** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 37.83 | 369.71 |
| MED | 15.15 | 175.70 |
| PA | 32.08 | 372.03 |
| PA-200505 | 10.45 | 121.17 |
| PA-TITC | 2.17 | 28.21 |
| PASUI-E | 0.63 | 7.27 |
| SS | 64.79 | 751.32 |
| **Taxes** | **163.10** | **1,825.41** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 881.90 |
| **Total Direct Deposits** | | | **881.90** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO | 8.00 | 88.00 | |

Servis One, Inc | 314 S. Franklin Street 2nd Floor  Titusville, PA 16354 | (814) 827-4661 | FEIN: 04-3800293 | PA: 20-13237

**Servis One, Inc**
314 S. Franklin Street
2nd Floor
Titusville, PA 16354

Direct Deposit Advice

*paylocity*

**Check Date**
August 15, 2019

**Voucher Number**
34938

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 1,000.97 |
| **Total Direct Deposits** | | | **1,000.97** |

17177   Titusville-1-10008   778292 34938 34124   **17177**

**SHANNON BALOT**
119 E 5th St
Oil City, PA  16301

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Servis One, Inc

**SHANNON BALOT**                                                                                           **Earnings Statement**

| Employee ID | 778292 | Fed Taxable Income | 1,197.24 | Check Date | August 15, 2019 | Voucher Number | 34938 |
| Location | Titusville-1-1000 | Fed Filing Status | M-1 | Period Beginning | July 24, 2019 | Net Pay | 1,000.97 |
| Hourly | $11.00 | State Filing Status | M-0 | Period Ending | August 8, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 176.00 |
| Other | | | | 88.00 |
| OVERTIM | 5.50 | 7.56 | 41.58 | 383.04 |
| PTO | | | | 88.00 |
| REGULAR | 11.00 | 105.06 | 1,155.66 | 12,580.26 |
| **Gross Earnings** | | **112.62** | **1,197.24** | **13,315.30** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 53.06 | 422.77 |
| MED | 17.36 | 193.06 |
| PA | 36.76 | 408.79 |
| PA-200505 | 11.97 | 133.14 |
| PA-TITC | 2.17 | 30.38 |
| PASUI-E | 0.72 | 7.99 |
| SS | 74.23 | 825.55 |
| **Taxes** | **196.27** | **2,021.68** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 1,000.97 |
| **Total Direct Deposits** | | | **1,000.97** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO | 8.00 | 88.00 | |

Servis One, Inc | 314 S. Franklin Street 2nd Floor  Titusville, PA 16354 | (814) 827-4661 | FEIN: 04-3800293 | PA: 20-13237

**Servis One, Inc**
314 S. Franklin Street
2nd Floor
Titusville, PA 16354

Direct Deposit Advice

paylocity

**Check Date**
August 30, 2019

**Voucher Number**
35211

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 870.01 |
| **Total Direct Deposits** | | | **870.01** |

17177   Titusville-1-10008   778292  35211  34396   **17177**
**SHANNON BALOT**
119 E 5th St
Oil City, PA   16301

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Servis One, Inc

**SHANNON BALOT**                                                                                          **Earnings Statement**

| Employee ID | 778292 | Fed Taxable Income | 1,029.82 | Check Date | August 30, 2019 | Voucher Number | 35211 |
| Location | Titusville-1-1000 | Fed Filing Status | M-1 | Period Beginning | August 9, 2019 | Net Pay | 870.01 |
| Hourly | $11.00 | State Filing Status | M-0 | Period Ending | August 23, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 176.00 |
| Other | 11.00 | 4.00 | 44.00 | 132.00 |
| OVERTIM | 5.50 | 6.08 | 33.44 | 416.48 |
| PTO | 11.00 | 24.00 | 264.00 | 352.00 |
| REGULAR | 11.00 | 62.58 | 688.38 | 13,268.64 |
| **Gross Earnings** | | **96.66** | **1,029.82** | **14,345.12** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 36.32 | 459.09 |
| MED | 14.93 | 207.99 |
| PA | 31.62 | 440.41 |
| PA-200505 | 10.30 | 143.44 |
| PA-TITC | 2.17 | 32.55 |
| PASUI-E | 0.62 | 8.61 |
| SS | 63.85 | 889.40 |
| **Taxes** | **159.81** | **2,181.49** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNC BANK | C | ***9056 | 870.01 |
| **Total Direct Deposits** | | | **870.01** |

| Time Off | Used | Availabl | Used$ |
|---|---|---|---|
| PTO | 32.00 | 64.00 | |

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-10914-TPA |
| | : | |
| Shannon L. Balot, | : | CHAPTER 13 |
| Debtor | : | |
| Shannon L. Balot, | : | |
| Movant | : | |
| | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Shannon L. Balot**, hereby state as follows:

1.) I am employed by BFI Financial where I bring home an average of $1,817.39 per month.
2.) I receive approximately $405.00 per month in SNAP Benefits.
3.) I live with my husband who is unemployed and has no other sources of income.
4.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: September 10, 2019        _Shannon L Balot_
                                Debtor