**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 19-10914-TPA |
| | : | |
| Shannon L. Balot, | : | CHAPTER 13 |
|      Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| Shannon L. Balot, | : | |
|      Movant, | : | DOCKET NO.: 41 |
| | : | |
|      vs. | : | |
| | : | |
| Servis One, Inc., | : | |
| | : | |
|      and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|      Chapter 13 Trustee. | : | |
|      Respondents. | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>June 22, 2020</u>

By: <u>/s/ Kaitlyn E. Vale</u>
KAITLYN E. VALE, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

**MATRIX**

**SERVIS ONE, INC.**
**314 SOUTH FRANKLIN STREET**
**2ND FLOOR**
**TITUSVILLE, PA 16354**