**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/24/23 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  SHANNON L. BALOT

  Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
SHANNON L. BALOT

  Respondents

Case No. 19-10914GLT

Chapter 13

Document No. 49

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __24th__ day of __May__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Servis One Inc
Attn: Payroll Manager
314 South Franklin St
2Nd Floor
Titusville, PA 16354

is hereby ordered to immediately terminate the attachment of the wages of SHANNON L. BALOT, social security number XXX-XX-1958. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHANNON L. BALOT.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
                         jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10914-GLT |
| Shannon L. Balot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: May 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

**Recip ID        Recipient Name and Address**
db              + Shannon L. Balot, 119 East 5th Street, Oil City, PA 16301-2565

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

**Name              Email Address**

Brian Nicholas
                  on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
                  on behalf of Debtor Shannon L. Balot dan@mrdebtbuster.com
                  katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 4