Certificate Number: 03088-PAW-DE-037515828

Bankruptcy Case Number: 19-10914


03088-PAW-DE-037515828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2023, at 5:42 o'clock PM CDT, Shannon L Balot completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 15, 2023         By:   /s/Brianna M Glynn

                                              Name:  Brianna M Glynn

                                              Title:  Counselor