Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Shannon L. Balot** | : | Case No. 19−10914−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 57 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 9/26/23 at 03:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of July, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 57 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before September 11, 2023**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 OR U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **September 26, 2023 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10914-JCM |
| Shannon L. Balot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon L. Balot, 119 East 5th Street, Oil City, PA 16301-2565 |
| 15132422 | | Stark County Emergency Physicians Inc., PO Box 20670, Canton, OH 44701-0670 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15120103 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 14:02:00 | American Education Service, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15120104 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15124368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:34 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15132415 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:38 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15120107 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:32 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15132416 | + | Email/Text: mediamanagers@clientservices.com | Jul 27 2023 08:26:00 | Client Services, Incorporated, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 15120108 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 08:56:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120109 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 14:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15124154 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 14:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132417 | + | Email/Text: mary.e.bushyhead@ehi.com | Jul 27 2023 08:26:00 | Enterprise Rent A Car, 600 Corporte Park Drive, Saint Louis, MO 63105-4211 |
| 15120110 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2023 08:26:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15120111 | + | Email/Text: slucas@for-cu.com | Jul 27 2023 08:28:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15132418 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:51 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15120105 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 08:56:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 33 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 15133652 | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 08:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15156366 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132419 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 08:28:00 | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15152772 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 08:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15120113 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15120112 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15158792 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15120115 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15149186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132421 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:52 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15120734 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 08:56:39 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120116 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:36 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120117 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:32 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120122 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15132423 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 08:28:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15120123 | | Email/Text: pitbk@weltman.com | Jul 27 2023 08:27:00 | Weltmain, Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120106 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15132420 | *+ | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15120114 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15155280 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120118 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120119 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120120 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120121 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: 300b | Total Noticed: 33

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Shannon L. Balot dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4