**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SHANNON L. BALOT <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:19-10914 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/09/2019 and confirmed on 11/21/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,875.50 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,875.50 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 855.90 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,355.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 11,730.60 | 0.00 | 11,730.60 |
|     Acct: 6768 | | | | |
|   PNC BANK NA | 874.19 | 874.19 | 44.49 | 918.68 |
|     Acct: 7650 | | | | |
| | | | | 12,649.28 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHANNON L. BALOT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***N O N E*** | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,767.91 | 98.74 | 0.00 | 98.74 |
|     Acct: 8316 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH | 743.10 | 15.39 | 0.00 | 15.39 |
|     Acct: 3428 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,015.41 | 21.03 | 0.00 | 21.03 |
|     Acct: 0338 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,670.40 | 138.14 | 0.00 | 138.14 |
|     Acct: 3518 | | | | |
|   DISCOVER BANK(*) | 8,384.01 | 173.63 | 0.00 | 173.63 |
|     Acct: 3333 | | | | |
|   ENTERPRISE RENT A CAR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2018 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 1,929.93 | 39.97 | 0.00 | 39.97 |
|     Acct: 0399 | | | | |
|   LVNV FUNDING LLC | 6,136.85 | 127.09 | 0.00 | 127.09 |
|     Acct: 9395 | | | | |
|   PNC BANK NA | 3,640.60 | 75.40 | 0.00 | 75.40 |

19-10914                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0912 | | | | |
|     STARK CTY EMERG PHYSICIANS INC | 292.00 | 6.05 | 0.00 | 6.05 |
| Acct: 7488 | | | | |
|     SYNCHRONY BANK BY AIS INFOSOURCE | 2,472.49 | 51.21 | 0.00 | 51.21 |
| Acct: 6583 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 5,971.28 | 123.67 | 0.00 | 123.67 |
| Acct: 2895 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6583 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | 870.32 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 13,519.60 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED           874.19
UNSECURED      42,023.98

Date: 07/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHANNON L. BALOT

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:19-10914

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10914-JCM |
| Shannon L. Balot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon L. Balot, 119 East 5th Street, Oil City, PA 16301-2565 |
| 15132422 | | Stark County Emergency Physicians Inc., PO Box 20670, Canton, OH 44701-0670 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 27 2023 08:56:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15120103 | + | Email/Text: bncnotifications@pheaa.org | Jul 27 2023 14:02:00 | American Education Service, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15120104 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15124368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 08:56:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15132415 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:32 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15120107 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:37 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15132416 | + | Email/Text: mediamanagers@clientservices.com | Jul 27 2023 08:26:00 | Client Services, Incorporated, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 15120108 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 27 2023 08:56:26 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120109 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 14:12:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15124154 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 14:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132417 | + | Email/Text: mary.e.bushyhead@ehi.com | Jul 27 2023 08:26:00 | Enterprise Rent A Car, 600 Corporte Park Drive, Saint Louis, MO 63105-4211 |
| 15120110 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 27 2023 08:26:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15120111 | + | Email/Text: slucas@for-cu.com | Jul 27 2023 08:28:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15132418 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 08:56:28 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15120105 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 08:56:30 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15133652 | + | Email/Text: RASEBN@raslg.com | Jul 27 2023 08:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15156366 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 08:56:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132419 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 08:28:00 | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15152772 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 08:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15120113 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15120112 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15158792 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15120115 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 27 2023 08:26:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15149186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 08:56:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132421 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:41 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15120734 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 08:56:31 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120116 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:46 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120117 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 27 2023 08:56:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120122 | + | Email/Text: bncmail@w-legal.com | Jul 27 2023 08:27:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15132423 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2023 08:28:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15120123 | | Email/Text: pitbk@weltman.com | Jul 27 2023 08:27:00 | Weltmain, Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120106 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15132420 | *+ | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15120114 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15155280 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120118 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120119 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120120 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120121 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: pdf900 | Total Noticed: 33

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Shannon L. Balot dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4