# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SHANNON L. BALOT

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-10914

Chapter 13

Document No.: 57

## ORDER OF COURT

AND NOW, this ___12th___ day of ___September___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
9/12/23 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-10914-JCM
Shannon L. Balot   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Sep 12, 2023     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon L. Balot, 119 East 5th Street, Oil City, PA 16301-2565 |
| 15132422 | | Stark County Emergency Physicians Inc., PO Box 20670, Canton, OH 44701-0670 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 13 2023 00:06:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15120103 | + | Email/Text: bncnotifications@pheaa.org | Sep 12 2023 23:33:00 | American Education Service, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15120104 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 23:54:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15124368 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2023 00:09:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15132415 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 00:07:16 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15120107 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2023 00:31:51 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15132416 | + | Email/Text: mediamanagers@clientservices.com | Sep 12 2023 23:33:00 | Client Services, Incorporated, 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 15120108 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2023 23:54:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15120109 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 23:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15124154 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15132417 | + | Email/Text: bankruptcynotifications@ehi.com | Sep 12 2023 23:33:00 | Enterprise Rent A Car, 600 Corporte Park Drive, Saint Louis, MO 63105-4211 |
| 15120110 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 12 2023 23:33:00 | First National Bank, Attn: Bankruptcy, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15120111 | + | Email/Text: slucas@for-cu.com | Sep 12 2023 23:34:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 15132418 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 23:54:13 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15120105 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 12 2023 23:54:28 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

Case 19-10914-JCM   Doc 67   Filed 09/14/23   Entered 09/15/23 00:27:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15133652 | + | Email/Text: RASEBN@raslg.com | Sep 12 2023 23:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15156366 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 23:54:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15132419 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 23:34:00 | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15152772 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 23:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15120113 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2023 23:33:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982, Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15120112 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2023 23:33:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15158792 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2023 23:33:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15120115 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2023 23:33:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15149186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 23:55:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15132421 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:55:16 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15120734 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 23:55:06 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 23:54:25 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120117 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2023 00:08:11 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120122 | + | Email/Text: bncmail@w-legal.com | Sep 12 2023 23:33:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15132423 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 12 2023 23:34:00 | Transworld Systems, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 15120123 | | Email/Text: pitbk@weltman.com | Sep 12 2023 23:33:00 | Weltmain, Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120106 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15132420 | *+ | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15120114 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 15155280 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15120118 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120119 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120120 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15120121 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 33

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Debtor Shannon L. Balot dan@mrdebtbuster.com
katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5